# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

February 18, 2011

United States Bankruptcy Court
James M. Hanley Federal Building
100 South Clinton Street, Room 315
PO Box 7008
Syracuse, New York 13261-7008

**RECEIVED**

FEB 22 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Re:   07-30605            Norman & Ann Pierce

To Whom It May Concern:

Enclosed please find check **#922375** in the amount of **$389.03**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.       7

Account#        4746440000898741

Creditor        FIA Card Services
                POB 15019
                Wilmington, DE 19850

**FILED**

FEB 22 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli